**RECEIVED**

JUN 2 8 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**RECEIVED**

JUL 1 3 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **HENRY BYRD, ET AL** | **CIVIL ACTION NO. 06-0538** |
| VS | **SECTION P** |
| **LCS CORRECTIONS SERVICES, INC., et al** | **JUDGE MELANÇON** |
| | **MAGISTRATE JUDGE METHVIN** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief;

**IT IS FURTHER ORDERED** that petitioners' Motion for Class Action Status [doc. 6] be **DENIED** as moot.

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 13 day of July, 2006.

TUCKER L. MELANÇON
**UNITED STATES DISTRICT JUDGE**