RECEIVED

JUL 28 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE-OPELOUSAS DIVISION

HENRY BYRD, ET AL                              CIVIL ACTION NO. 06-0538

VS.                                                      JUDGE MELANCON

LCS CORRECTIONS SERVICES, INC.
DONAL CAMPBELL
BOB RILEY
BILLY MITCHEM                              MAGISTRATE JUDGE METHVIN
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

Considering the above and foregoing **MOTION TO DISMISS** signed by both parties:

IT IS HEREBY ORDERED that the above and foregoing suit filed by Henry Byrd,

plaintiff herein, be, and same is now dismissed, with prejudice, at the costs of defendants, except

for Henry Byrd's right to continue to prosecute his claims for Habeas Corpus relief, which claims

remain ongoing.

Signed this 28 day of _____July_____, 2006, at

____Lafayette____, Louisiana.

UNITED STATES MAGISTRATE
JUDGE METHVIN

COPY SENT
DATE 7-28-06
BY glor
TO OTLM

EDWARDS LAW FIRM
312 WEST UNIVERSITY
P.O. BOX 3970
LAFAYETTE, LA 70502
(337) 237-6881