# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| Henry Byrd, et al | Crim. Action No. 06-538 |
| versus | Judge Tucker L. Melançon |
| LCS Correction Services, Inc., et al | Magistrate Judge Mildred E. Methvin |

## ORDER

Before the Court is pro se plaintiff Henry Byrd's Motion for Permanent Injunction [Rec. Doc. 52] requesting a restraining order regarding LCS's alleged impeding the mail of Byrd and placing Byrd in "lock up" in retaliation for Byrd's previous filing of a Petition for Habeas Corpus; and defendant LCS's Objection thereto [Rec. Doc. 54]. The Court, after considering the record in this case and the history of this proceeding, finds that the motion should be denied. Therefore, it is

ORDERED that the Motion [Rec. Doc. 52] is DENIED.

THUS DONE AND SIGNED this 1st day of March, 2007 at Lafayette, Louisiana.

Tucker L. Melançon
UNITED STATES DISTRICT JUDGE